UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Brenda Susan Ringwelski
*asf* Law Offices of Brenda Ringwelski LLC

Chapter 13
Case No. 22-31150 WJF

Debtor.

___

**ORDER GRANTING RELIEF FROM STAY**

This case is before the court on the motion of The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-3, as serviced by NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED**:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable non-bankruptcy law with respect to the debtor and the following property:

   The Southerly 40.03 feet of Lot 1, Block 5, Woodcliff 2nd Addition, Washington County, Minnesota.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

4. The Chapter 13 Trustee is not required to make further payments on the pre-petition arrears claim of Movant.

Dated: *August 1, 2023*          */e/William J. Fisher*
                                  United States Bankruptcy Judge