UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Brenda Susan Ringwelski
*asf* Law Offices of Brenda Ringwelski LLC

Chapter 13
Case No. 22-31150 WJF

Debtor.

_____

**ORDER GRANTING RELIEF FROM STAY**

This case is before the court on the motion of The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-3, as serviced by NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED**:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable non-bankruptcy law with respect to the debtor and the following property:

    The Southerly 40.03 feet of Lot 1, Block 5, Woodcliff 2nd Addition, Washington County, Minnesota.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

4. The Chapter 13 Trustee is not required to make further payments on the pre-petition arrears claim of Movant.

Dated: August 1, 2023

*/e/William J. Fisher*
United States Bankruptcy Judge

# United States Bankruptcy Court
## District of Minnesota

In re:   Case No. 22-31150-WJF
Brenda Susan Ringwelski   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brenda Susan Ringwelski, 2508 Copper Cliff Trial, Woodbury, MN 55125-2962 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory A Burrell | on behalf of Trustee Gregory A Burrell cmecfjzkmn@ch13mn.com |
| Gregory A Burrell | cmecfjzkmn@ch13mn.com |
| Kevin T. Dobie | on behalf of Interested Party NewRez LLC d/b/a Shellpoint Mortgage Servicing kevin@MinnesotaMortgageLaw.com maria@uwllaw.com,kaye@uwllaw.com |
| Orin J. Kipp | on behalf of Interested Party The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificate Holders of CWABS Inc., Asset Backed Certificates, Series 2004-3 okipp@wgcmn.com, dkbenson@wgcmn.com;lfrancis@wgcmn.com;jockwig@wgcmn.com;dmckinnon@wgcmn.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |